L. FELICE ELECTRONICS, INC. v. WILLIAM STERNBERG & AS-
SOCIATES, INC.

November 15, 1988.

Petition for certification denied.

LORETTA A. PICO v. STATE OF NEW JERSEY AND
TOWNSHIP OF WAYNE.

November 15, 1988.

Petition for certification granted.

LORETTA A. PICO v. STATE OF NEW JERSEY AND
TOWNSHIP OF WAYNE.

November 15, 1988.

Cross-petition for certification denied.

MARKE ANDRE, ETC., ET AL. v. RICHARD ANSTOCK, ET AL.

November 15, 1988.

Petition for certification denied.